UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RAMONDA SMITH, )
)
   Plaintiff(s), )
)
v. ) No. 4:21-CV-00879-DDN
)
MIA KOSS, )
)
   Defendant(s). )
)

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

#### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case. If the parties require more time to complete mediation, lead counsel must file a motion with the Court.*

#### Option 2

☒ An ADR conference was held on: **MARCH 2, 2022**.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on **MARCH 2, 2022**
The parties [☒ did   ☐ did not] achieve a settlement. *Check one*

#### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: **3/2/22**   Neutral: *Thomas J. Plunkert*

PLUNKERT, THOMAS J.
Signature **26438 MO**